UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

La'Quedrick As-Sidiq,                                  Civ. No. 25-1971 (JWB/SGE)

        Petitioner,

v.                                                     ORDER ACCEPTING
                                                       REPORT AND RECOMMENDATION
Caitlyn Hurlock, *DA*; Brian Meiton, *DA*;[1]          OF MAGISTRATE JUDGE
and Mark Empting, *Sheriff*,

        Respondents.

---

La'Quedrick As-Sidiq, pro se Petitioner.

Thomas R. Ragatz, Esq., Minnesota Attorney General's Office, counsel for Respondents.

      United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on May 13, 2025. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

      Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.    The May 13, 2025 Report and Recommendation (Doc. No. 3) is **ACCEPTED**;

---

[1] Plaintiff uses different spellings for Caitlyn Hurlock and Brian Meiton in court filings. *See* Case No. 25-1978 (using the spelling "Caitlin" and "Melton" in the case caption). The Court spells the Respondents names in this case consistent with the spelling provided on the case docket.

2. Petitioner La'Quedrick As-Sidiq's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 12, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge